# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **James Lewis Sanford,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:23-cv-00242-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **United States of America and** | ) | |
| **Quinton Miller,** | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 25, 2023 Order.

September 25, 2023

*Katherine Hord Simon, Clerk*
*United States District Court*